UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Luis Alberto Casillas- ) <br> Ramirez ) <br> ) <br> Defendant(s) ) <br> _____ ) | 08MJ0590 NLS <br><br> CRIMINAL NO. 08CR733-CAB <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07365298 |

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jose Arturo Morales-Trejo

DATED: 3-13-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
        DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by /s/ J. Perrault
    Deputy Clerk